IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
CASE NO.: 4:11-cv-130-FL

| | |
|---|---|
| GEGE MASON OLIVER, Trustee, ) | |
| ) | |
| Appellant, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| MARY COX STOX, ) | |
| ) | |
| Appellee. ) | |
| _____) | |

Upon the motion of counsel for the Appellant and for good cause shown, the Court finds that the above-captioned appeal should be dismissed.

WHEREFORE, it is hereby ordered that the Motion to Dismiss Appeal is allowed and that the above-captioned appeal is hereby dismissed.

This the 30th day of September, 2011.

_____
HON. LOUISE W. FLANAGAN
Chief United States District Judge